```
                               FILED
                      CLERK, U.S. DISTRICT COURT

                         OCTOBER 26, 2020

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY: _____IM_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-5094 |
| Plaintiff, | |
| v. | ORDER OF DETENTION |
| ADILVER GARCIA, | |
| Defendant. | |

### I.

On October 21, 2020, Defendant Adilver Garcia made his initial appearance on the complaint filed in this matter. Deputy Federal Public Defender Elena Sadowsky was appointed to represent Defendant. A detention hearing was held.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered all the evidence adduced at the hearing,  the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusion as to danger to the community on the following:

☒ Defendant's criminal history includes a violent offense, specifically a 2016 felony conviction for assault with a deadly weapon with force and possible great bodily injury, as well as convictions in 2014 and 2015 for felony second degree burglary, misdemeanor contempt, misdemeanor trespass and misdemeanor vandalism.

☒ Defendant has an active warrant in Los Angeles County for probation violations;

☒ The Complaint alleges that during the course of a probation search, law enforcement found under Defendant's bed a firearm with no serial number; the firearm, which appeared to be a semi-automatic rifle, was loaded with 18 rounds of ammunition, no round in the chamber, and the safety disengaged;

☒ The Complaint alleges that Defendant is a known and self-admitted member of Mara Salvatrucha (MS-13), and the Pretrial Services Report

states that Defendant has numerous aliases and that records indicate various name and date of birth variations for him.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 26, 2020

/s/
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE